FILED
MAR - 3 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. | **4:21CR00155 MTS/SRW** |
| BRENT M. LAWSON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defines the term

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

(b) " sexually explicit conduct" to mean actual or simulated--

   (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals, anus or pubic area of any person (18 U.S.C §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where-

    (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

    (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. On or between about May 24, 2019 and November 24, 2020, in Jefferson County, Missouri within the Eastern District of Missouri and elsewhere,

**BRENT M. LAWSON,**

the defendant herein, having been previously convicted on April 22, 2004, in the U.S. District Court for the Eastern District of Missouri in cause no. 4:03-CR-00612-JCH of transportation of child pornography, attempted receipt of child pornography and possession of child pornography in violation of Title 18, United States Code, Section 2252A, did knowingly receive image files and video files of child pornography using any means and facility of interstate and foreign commerce, to wit the defendant knowingly received image files and video files of child pornography via the internet, to include but not limited to images and videos of prepubescent children and minors engaged in acts of masturbation, sexual acts and the lascivious display of their genitals, including but not limited to:

a. "video-2013-03-24-10-19-36.mp4" a 52 second video which depicts an adult male rubbing his penis on the vagina of a toddler-aged child;

b. "cumshot sleeping mouth 8yr.mp4", a 206 second video which depicts an adult male masturbating and ejaculating on the mouth of a sleeping child;

c. "MVI_1871.AVI", a 220 second video depicting an adult male forcing a prepubescent female to put his penis in her mouth, and then attempting to penetrate her vaginally with his penis, and ejaculating on her vulva;

d. "new sounds of uranus.mp4", a 425 second video which depicts an adult male anally raping and ejaculating on a prepubescent female;

e. "Gillian 4yo – Cuming In Mouth.avi" a 73 second video which depicts a minor female in a bathtub. A hand lowers her leggings, exposing her genitals. The hand rubs her vaginal area. The video then cuts to the same girl in the same clothing standing up. A male places his penis in her mouth and ejaculates;

f. "Melinda-3-Yo-Fucked-In-ASs6.wmv", a 76 second video depicting an adult male penetrating the anus of a prepubescent female; and

g. "Preschool_baby_sluts_2.mp4", a 227 second video that starts with a title card stating "Baby Fuckers Presents" and contains a compilation of at least 10 acts of oral, anal, and vaginal rape, mostly of infants and toddlers;

in violation of 18 U.S.C. § 2252A(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A(a)(2) as set forth in Count 1 of the Indictment, the defendant shall forfeit to the United States of America: any visual depiction as described in Sections 2251, 2251A, 2252, 2252A or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was

produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney