**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No. 4:21CR00155MTS/SRW** |
| **v.** | ) | |
| | ) | |
| **BRENT M. LAWSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ENTRY OF APPEARANCE**

Comes now, Daniel A. Juengel, of the law firm of Frank, Juengel & Radefeld, Attorneys at

Law, P.C., and hereby enters on behalf of the defendant, Brent M. Lawson.

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.


By */s/ Daniel A. Juengel*
DANIEL A. JUENGEL (#42784MO)
Attorneys for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, the foregoing was filed electronically with the Clerk of the
Court to be served by operation of the Court's electronic filing system upon the following.

Jillian S. Anderson
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

*/s/ Daniel A. Juengel*
DANIEL A. JUENGEL