**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:21-CR-00155 MTS/SRW |
| v. | ) |
| | ) |
| **BRENT M. LAWSON,** | ) |
| Defendant. | ) |

## WAIVER OF PRETRIAL MOTIONS

Comes now Defendant, by counsel, and pursuant to the Court's pretrial order hereby notifies the Court of the following:

1. There are no issues that the Defendant wishes to raise by way of pretrial motion.

2. Counsel has personally discussed this matter with the Defendant.

3. The Defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By */s/ Joseph W. Flees*
JOSEPH W. FLEES (#60872MO)
Co-Counsel for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Jillian Anderson
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

                                           */s/ Joseph W. Flees*
                                           JOSEPH W. FLEES