**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRENT M. LAWSON, ) | Case No. 4:21 CR 155 MTS |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

IT IS HEREBY ORDERED that Defendant's **change of plea hearing is RESET for December 3, 2021 at 11:00 a.m. via Zoom** Hearing participants and members of the public who wish to view the hearing are directed to use the following login information to participate by Zoom via www.zoomgov.com: Meeting ID: 160 969 4455, Passcode: 355339. *All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing.* Or, members of the public may call: 1- 669-254-5252, Meeting ID: 160 969 4455. Non-case participants must remain muted throughout the entire proceeding. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

Dated this 2nd day of November, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE