UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRENT M. LAWSON, | ) | Case No. 4:21 CR 155 MTS |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a **Change of Plea Hearing is set for December 17, 2021 at 9:00 a.m. via Zoom**. Hearing participants and members of the public who wish to view the hearing are directed to use the following login information to participate via www.zoomgov.com; Meeting ID: 160 969 4455, Password: 355339. *All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing.* Or, members of the public may call: 1-669-254-5252 Meeting ID: 160 969 4455. Non-case participants must remain muted throughout the entire proceeding. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** that the Court finds the ends of justice served by the delay in the hearing outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(iv); and (h)(1)(G), therefore any time elapsed is excludable time under the Speedy Trial Act.

Dated this 3rd day of December, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE