FILED

DEC 17 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRENT M. LAWSON,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:21-CR-00155-MTS-SRW

I, BRENT M. LAWSON, the above-named defendant, who is accused of Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ~~November 2, 2021,~~ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

December 17, 2021

MTS

_____
BRENT M. LAWSON,
Defendant

_____
JOSEPH FLEES
Counsel for Defendant

Before _____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE