UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:21 CR 155 MTS |
| v. | ) | |
| | ) | |
| BRENT M. LAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S STATEMENT
## REGARDING THE PRESENTENCE INVESTIGATION REPORT

COMES NOW the United States of America and states that the Government

Accepts the Presentence Investigation Report.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2022, a copy of the above
was served via this Court's electronic filing system and emailed to all counsel of record.

*/s Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney