UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21 CR 155 MTS |
| | ) | |
| BRENT M. LAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing in this matter **currently set for March 18, 2022, is RESET for March 25, 2022, at 10:30 a.m. via Zoom**. Hearing participants and members of the public who wish to view the hearing are directed to use the following login information to participate by Zoom via www.zoomgov.com: Meeting ID: 160 969 4455, Passcode: 355339. *All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing.* Or, members of the public may call: 1- 669-254-5252, Meeting ID: 160 969 4455. Non-case participants must remain muted throughout the entire proceeding. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at

sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony. The deadline for filing objections, if any, to the Presentence Report is fourteen (14) days prior to sentencing. The parties must file any memoranda no later than seven (7) days before the sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

Dated this 15th day of February, 2022

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE