UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21 CR 155 MTS |
| ) | |
| BRENT M. LAWSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion for In-Person Sentencing Hearing, Doc. [45], is **GRANTED**. The <u>sentencing</u> in this matter <u>**set for March 25, 2022, at 10:30 a.m. via Zoom will now be held in Courtroom 14-South**</u>. THIS IS A LOCATION CHANGE ONLY.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony. The deadline for filing objections, if any, to the Presentence Report is fourteen (14) days prior to sentencing. The parties must file any memoranda no later than seven (7) days before the sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

Dated this 7th day of March, 2022

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE