Your Honor,

I want to take this moment to apologize to you, my friends and most of all my family for my conduct.   I cannot find the words to express how sorry I am to my wife and my son for the damage that I have caused.

My life had been spinning out of control for some time.  I was wrongfully terminated from a job I held for almost 10 years.  I had made some poor financial investments that were causing financial strain and most of all, I felt unsatisfied in my marriage.  While I was not able to control all of these issues, I did not feel confident that anything would improve if I confronted the issues I could control.  In fact, I felt that if I did confront those issues, they would only get worse.  Instead, I turned to alcohol, drugs and deplorable behavior.  I was not man enough to neither admit nor ask for the help that I obviously needed.

I want nothing more than to be a good husband and father and a productive member of society again.  That is why I am asking the court in achieving these goals.  I respectfully am asking the court for my incarceration to be served at FCI Englewood, Colorado.  This facility offers programs for sex offenders as well as those who abuse drugs.  I know that I am in need of professional help and am very hopeful that I can benefit from my involvement in programs such as these.  FCI Englewood has several vocational programs that I would like to participate in that may be of some use to me once I am released.

I anticipate that once I return to society, finding gainful employment may be a great difficulty.   Given what I have done, I know that the restrictions that will be part of my release might make it impossible for me to return to my job in the field of Mechanical Engineering.  Because of this, I would like to respectfully ask Your Honor to recognize my 20+ years  of professional work conduct while considering any supervised release restrictions (such as monitored/employer monitored) post incarceration.

  I know that I have caused a great deal of damage to my relationships with my family.  There is a great deal of strain and stress on everyone because of my actions.  Once I am home, I want to be able to immediately begin to repair those relationships.  I want to seek whatever counseling I will need in order to create a healthy support system for not only me but my family.  Because of all this, I would also like to respectfully ask the court send a recommendation to the BOP for them to consider me for the maximum amount of time in a Residential Reentry Center (up to 12 months) so that I can attempt to achieve these goals.

In closing, I take full responsibility for my actions and am deeply sorry to everyone that I have hurt.  I know that I need to make drastic changes to my life in order to be a good father, husband, son, brother and member of society, and I desperately want to do whatever that entails in order to make that my reality someday.   I hope that the court will assist me in achieving these goals.

Respectfully

Brent M. Lawson

**Exhibit A**