To the Honorable Judge Matthew T. Schelp:

My name is Tracey Lawson, my husband is Brent Lawson.  I have been with him for 28 years, married for 18 of those years.

Brent has always been a good husband.  He has been kind, considerate, loving, giving, caring & supportive.  He has always been a fiscally responsible person making sure that we have always had everything we have needed.

Both of my parents are in poor health, my mother is in a nursing home, and my father is in a care facility in Doniphan.  I have a brother, but he has many emotional issues that he is not able to cope with or help very much with all that needs to be done for our mother.  Even though she is in a nursing home, she still has needs that must be met, and it falls on me to take care of that.  Even before my mother willingly went to a nursing home, due to her health, she had finally lost her job forcing her to apply for disability.  She was forced to move into a small apartment.   Brent took it upon himself to find her an apartment that would fit her budget, and was close to us so that we would be able to assist her with anything we needed.  While she lived there he helped me shoulder all the needs that my mother had.

He is the same with his parent.  He is always there whenever they need him for whatever it may be.  Brent's parents are also in different states of poor health, but are still able to live in their home.  However, things like maintenance of the house or their vehicles are difficult items for them to accomplish due to their respective health limitations.  Brent took on all of this without question.  When Brent and I bought our first house, we were further away from his parents than his brother.  Brent's mother has never driven in the snow.  It was always my father in law or one of the boys that would take her and pick her up from work.  The first winter after we bought our house, we got a call one morning from Brent's Mom asking when he'd be by to pick her up.  Her other son was closer, and it was out of Brent's way to go get her and then head back to his job, but it was just a given that Brent would be the one to come get her and take her to work, and he did without  a single complaint.  He is a very good son; he is there for his parents for everything they need.

He has been a very good husband.  I have never doubted his love for me.  I have always been able to count on him for his support for anything I have ever needed.  He has helped me with struggles I have had with my family, he has seen me through the grieving process of my maternal grandparents' passing.  He has seen me through difficult times at work and always made me feel like I am worth all the effort he puts in.

Brent is very close to our son.  Charlie and he share a love of Transformers, G.I. Joe and Voltron.  They love to run radio control cars together.  Brent has been a loving, supportive, patient father.   Charlie is a very outgoing, creative loving child.  Brent has always fostered and encouraged everything that Charlie takes a mind to do.  They both have a talent for art so it has always been a joy to watch them both sit down and create together.  Brent has taught Charlie about kindness in so many ways.  Over the last several years, he and Charlie have gone through Charlie's old toys and taken out what is no longer played with and donated it.  A few years ago, we adopted a family through The Salvation Army.  Brent and Charlie had a great deal of fun going on a shopping trip to buy each and every item on their list.

**Exhibit B**

Charlie even had fun picking out clothes.   They have gone on shopping trips to buy food around the holidays to donate to local food pantries and other organization that feed hungry kids on the weekend through their school.  My son is too young to understand all that is happening and only sees that the man he thinks can do no wrong is not here.  And that as you can well imagine has taken a toll on our family.

The loss of Brent's income has created financial hardships.  It has been hard to explain to Charlie about cutting back.  Brent and I have both been employed full time with health benefits since Charlie was born; he has never known what it is like to be on a tight income.  This is not to say that Charlie is an entitled child, we have just always been financially secure, and so he has never known any other life.

As worrisome as the financial stress is, it pales in comparison to the worry I have on how all of this is affecting my son.  He loves his father so much.  He has always been an anxious child so this has only added to the stress he feels daily.  I currently have him seeing a therapist and will continue to do so for as long as necessary because my first priority is to him.

Dealing with all of this stress, trying to stay strong for my son, his family, and even Brent has caused me a great deal of stress and anxiety.  I want to crawl up in a ball and hide away from it all, but I cannot let my son see that.  He has to have someone that he can lean on and know that is in his corner while his Dad is not there.  When I was 9, my parents divorced.  It was just my mom and I.  My dad never paid child support and in those days there were no laws to force a father to pay.  My mom worked 3 jobs sometimes to make ends meet.  I had to learn to take care of things like dinner and house cleaning at a young age to help my mom.  I never wanted that life for my child; I never wanted my child to have to eat nothing but eggs for three weeks because that was all we could afford.  All of this is bringing those feelings back to my mind, creating stress, anxiety, depression, and fear.

 I have a great amount of anger for my husband right now because he has made such horrible, terrible choices creating so much anguish for his family.   I will admit to having moments of hatred for what his actions have done to our son.  I pray every day that the Lord will give me courage and strength to get through all of this and that my son will still be the bright, loving, outgoing, creative child that he is.

But I still love my husband as well.  I love him because he has a good heart, a loving nature, a kindness to all he calls friends. I love him for the son and brother he is.  I love him for the husband he has been to me.  And I especially love him for the father he is.   He loves his family very deeply.  I'm sure that you can see that Brent is loved very much, so despite his sins, we are here to support and love him now and will be here to support and love him when he returns home.  I know that Brent will have to pay for his actions, but for the sake of my son, I long for the shortest separation possible for our family.

There are no words to explain how grateful I am for the time and consideration you've taken in reading this letter.

Respectfully,

*Tracey Lawson*

**Exhibit B**

To the Honorable Judge Matthew T. Schelp:

May name is Ron Lawson, Jr.  I am the brother of the Brent Lawson.  I am five years older than my brother and I love him and all of my family very much.   However, I am having a very hard time dealing with all of this.

With my job, I work a lot of hours but it is never set, I work some nights/evening and I work some days.  I help my parents in any way and whenever I can, but my brother was more able to assist Mom and Dad that I could more often than not.  Both of our parents are retired, on a fixed income and both with varying degrees of health concerns.

During the pandemic, due to my job working with the public, I kept my distance from my parents so as not to possibly infect them with the Covid-18 Virus.  During that time, my parents confined themselves to their home, venturing out only for medical appointments and to pick up grocery orders if one of us were unable to get them for them.  My brother worked as an engineer and did not have public contact other than those who worked with him.  As a result, he was the one who did most everything for my parents while I helped with what I could.

My father is a diabetic, has been for the majority of his life.  He has heart issues and leg and arm pain as a result of neuropathy.  He is not able to stand or walk for long periods of time.  My dad has always been handy and could fix anything put in front of him.  He has many limitations now that allow him not to be able to do this, so my brother and I have tried to assist when needed.

Obviously all of this has put a great deal of stress on our family.  With the health issues my parents have already, I worry how all of this will only increase their health issues which then puts added stress on the rest of our family.  With my father's diabetes, stress can affect his blood sugar significantly.  We have had to call an ambulance many a time in order to get his blood sugar back to normal.  Brent and I both have had to be there for our parents when these situations happened.

I'm very concerned for the wellbeing of my nephew, Charles.  Since Brent has gone away, at family gatherings, I can see how down Charlie gets.  Charlie is normally a very boisterous, outgoing, dramatic, funny kid, but sometimes, he is just very quiet.  You can tell he is anxious and stressed as well.

My brother is a great father; he is very close to Charlie.  They share a love of toy collecting and drawing.  Charlie is too young to understand the errors his father has made.  I love my brother very much and realize that he has made terrible mistakes.  I hope that his son will still be able to have the deep love he has for him now when he comes to understand everything that has happened one day.

Despite all that he has done, my brother is good son, father, husband and brother.  He has always stepped up to help with anything our parents have needed; he has worked hard to provide for his family.  It hurts to know that he won't be here with us as we celebrate occasions in the future.  But we know as a family, we will still be here for him.  We will give him the same love and support we are going to give each other as we continue on with each day.  I love my brother very much and will continue to support him in whatever way I am able.

**Exhibit B**

I deeply thank you for the time you are taking in reading this letter and the considerations you will take concerning my brother.

Sincerely,

Ron Lawson, Jr

*[signature]*

**Exhibit B**

To the Honorable Judge Matthew T. Schelp:

My name is Diana Lawson, I am writing this letter on behalf of myself and my husband, Ron Lawson, Sr. for our son, Brent Lawson.

Parents always love their children and we love Brent. He is our rock. He is able to take care of all the things that we ask him to do. My husband and I are no longer able to do a lot of physical work at our home due to our age, being retired, and living on a fixed income.

My husband also has diabetes. He has been diabetic since 16 years of age, we are very fortunate to still have him with us due to all the advances in medicine. He is lucky to be with us at 72 years of age, but it has not come without its complications: a 7 –way bypass, neuropathy of the legs and arms. All of which restrict him from doing the activities he was used to doing such a repairs. Brent has always been there for us since all of these health issues to take care of whatever type of repairs are needed. Brent even took us to our doctor's appointment, picked up our medication and just did anything we have ever asked of him.

 As far as my health, I have High Blood Pressure, high cholesterol, but I suffer from depression. Obviously, this situation has been hard on Brent has been here for both his parents when needed without question.

Brent is also a great father. He loves and cares very much for his son. Charles is at a difficult age where he needs support and guidance from his father, it is hard for him to process all that is going on. I worry about the impact all of this will have on Charlie's life. Bullying is rampant is schools these days especially in the age group he is in right now. He is also entering puberty where he will need to have a strong, stable, health home life, at this age; things can go drastically wrong for a child.

 Our son is an imperfect person who has made some poor choices. I realize that in the eyes of the law Brent does not look like a good person because of those choices, but he really is a good son, husband and father. He gives generously of his time and cares about people's needs. His absence in our lives will be very hard on all of us. It is my fervent prayer that he will be gone for the shortest amount of time possible so that he can reunite with his family and begin his life again surrounded by love, support and all the help he needs in order to pick up the pieces of his life and become a productive member of society again.

My husband would like to offer you our deepest gratitude for your time and consideration.

Ron Lawson, Sr

Diana Lawson

**Exhibit B**

Angela Gergs
2277 Benton Dr.
Arnold, MO 63010

November 28, 2021

Dear Honorable Matthew T. Schelp,

My name is Angela Gergs. I've worked for the State of Missouri for twenty years. I have been friends with Brent Lawson for over three decades. I've watched him grow from an ackward teenager to this man I'm proud to call my friend. Brent is a hard working son, husband, father and friend.

Brent is the type of man that provides for his family by hard work. He worked at least 40 hours a week as an engineer and also worked additional hours as an entrepreneur opening and running his own small business.

Brent still had time to be helpful son. Brent helps his parents with home repairs and maintenance. He helps with routine car maintenance by changing the oil, brakes and air filters. He also drives his

**Exhibit B**

parents in bad weather and to doctor appointments.

Brent is a loving husband and father. He and his wife, Tracey, work as parteners raising their son, Charlie. I worry how Brent's prolonged absence will affect Charlie growing up.

My sons also look up to Brent. They see that he works hard, helps his family in crisis and still had time for fun things like going out to dinner, the Monster Truck jam or just hanging out with family and friends.

My family and I have been supportive of Brent, he is not only a friend but considered part of our family. We will continue to be there for him and his family. We will help him integrate back into the community.

I respectfully thank you for your time and consideration.

Sincerely,
Angela Gergs

**Exhibit B**