UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )   Case No. 4:21-CR00155 MTS |
| Brent Lawson, | ) |
| Defendant. | ) |

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☒ Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.

☐ The defendant declines to sign this notice.

(<u>Note</u>: Defense counsel should check the appropriate box(es) above.)

March 23, 2022
Date

Signature of Attorney

☒ I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.

March 23, 2022
Date

Signature of Defendant