**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21CR155 MTS |
| | ) |
| BRENT M. LAWSON, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Anthony J. Debre, Assistant United States Attorney for said District, and hereby enter their appearance in this case on behalf of the United States of America.

Respectfully submitted,

Sayler A. Fleming
United States Attorney


*/s/ Anthony J. Debre*
Anthony J. Debre, #67612MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102
Phone: (314) 539-2200
Fax: (314) 539-2287
Email: anthony.debre@usdoj.gov