# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:21-CR-00155 MTS |
| | ) | |
| BRENT M. LAWSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Edward Jones | ) | |
| Attn: Legal Discovery Center/Amanda Russo | ) | |
| 12555 Manchester Rd. | ) | |
| St. Louis, MO 63131 | ) | |
| | ) | |
| Garnishee. | ) | |

## APPLICATION FOR GARNISHEE ORDER

Plaintiff, the United States of America, by and through its attorney, Anthony J. Debre, Assistant United States Attorney for the Eastern District of Missouri, applies to the Clerk of Court for the issuance of a Garnishee Order in the above styled case pursuant to 28 U.S.C. § 3205.   A proposed order is attached for the Court's convenience.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/ Anthony J. Debre
ANTHONY J. DEBRE, #67612MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200   phone
(314) 539-2287   facsimile

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 14, 2022, a true and accurate copy of the foregoing was filed via this Court's CM/ECF system, and therefore served on all parties of record. In addition, on December 14, 2022, a true and accurate copy of the foregoing was sent via U.S. Mail, postage prepaid, to the following:

ATTN: Legal Discovery Center/Amanda Russo
Edward Jones
12555 Manchester Rd.
St. Louis, MO 63131

*/s/ Anthony J. Debre*
ANTHONY J. DEBRE, #67612MO
Assistant United States Attorney