UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   4:21-CR-00155 MTS |
| ) | |
| BRENT M. LAWSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Edward Jones ) | |
| ATTN: Legal Discovery Center/Amanda Russo ) | |
| 12255 Manchester Rd. ) | |
| St. Louis, MO 63131, ) | |
| ) | |
| Garnishee. ) | |

## GARNISHEE ORDER

A Writ of Garnishment, directed to the Garnishee, EDWARD JONES ("Garnishee"), has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about November 21, 2022, stating that at the time of the service of the Writ it had in its possession, custody, or under its control personal property belonging to and due the Defendant, BRENT M. LAWSON ("Defendant"), and that the Garnishee was indebted to Defendant in the sum of approximately $47,203.63, comprised of $47,176.65 in invested assets and $26.98 held in cash or money market, as of November 14, 2022, in a Traditional Individual Retirement Account (IRA) # XXX-XX201, held for the benefit of Defendant.

On November 21, 2022, Defendant was notified of the right to a hearing to determine exempt property.   Defendant has not requested a hearing, and the time to do so has now passed.

As of today, Defendant still owes $12,050.00 in criminal monetary penalties in this case.

IT IS ORDERED, ADJUDGED AND DECREED that the Garnishee shall liquidate and make payable to "Clerk, U.S. District Court" a portion of the Traditional Individual Retirement Account (IRA) # XXX-XX201 in the amount of $12,050.00.   Garnishee shall issue a check for that amount to the Clerk, U.S. District Court, 111 South 10th Street, Room 3.300, St. Louis, MO 63102, within ten (10) days of the Order of this Court.   When partially liquidating the Traditional Individual Retirement Account (IRA), Garnishee shall not withhold any assets for state or federal income taxes.   Because this is an involuntary garnishment ordered by the Court, Garnishee shall not impose any early termination fees or early withdraw penalties when partially liquidating the Traditional Individual Retirement Account (IRA).   After such payment is made, the accounts listed in the Garnishee's Answer shall be released.


Dated: _____                           GREGORY J. LINHARES_____
                                                Clerk, U. S. District Court


                                                By: _____
                                                    Deputy Clerk