UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21CR00155 MTS |
| | ) |
| BRENT M. LAWSON, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 23, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 2253, ordering forfeiture of any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense of Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and the following specific property (the "Subject Property"):

a. Pixel 3XL Cellular Phone, MEID: 99001201056414;
b. Western Digital Hard Drive, S/N: WXE1A16AKXX3;
c. SD cards (One (1) 8 GB and one (1) 32 GB);
d. HP Envy Desktop Computer, S/N: TJ1704MVMF;
e. Western Digital Hard Drive, S/N: WCC4E7PFUZPF;
f. Western Digital Hard Drive, S/N: WCAZAE753997;

  g. Lenova Laptop Computer;
  h. Gray/White Apple iPhone, IMEI: 354436065305722;
  i. Pink/White Apple iPhone, IC: 579C-E3087A;
  j. VHS Tape;
  k. Azio Mobile USB Drive, Model: E212-S31;
  l. Eagle Consis External Hard Drive, S/N: ACH10381187;
  m. ACER Aspire Desk Top Computer, S/N: PTSF5020011090214E3000;
  n. Gateway Desk Top Computer, Model: DX8460, S/N: PTGCCP2004119027006300;
  o. Gateway Lap Top Computer, NES6R48U.

WHEREAS, based upon the evidence in Defendant Brent Lawson's Guilty Plea Agreement and that was presented at Defendant's plea hearing, the Court finds that Defendant had an interest in the Subject Property and that the requisite nexus exists between the Subject Property and the offense to which Defendant has pleaded guilty;

WHEREAS, in accordance with Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1), notice of Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 23, 2022, and ending on August 21, 2022, and further notified all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and, to the extent practicable, direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture;

AND WHEREAS the Court has been advised that no third-party petitions have been filed claiming an interest in the property sought to be forfeited;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That Defendant is ordered to forfeit to the United States any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260,

or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense of Possession of Child Pornography, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. That the following Subject Property belonging to Defendant is hereby condemned and forfeited as to all parties, and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law:

   a. Pixel 3XL Cellular Phone, MEID: 99001201056414;
   b. Western Digital Hard Drive, S/N: WXE1A16AKXX3;
   c. SD cards (One (1) 8 GB and one (1) 32 GB);
   d. HP Envy Desktop Computer, S/N: TJ1704MVMF;
   e. Western Digital Hard Drive, S/N: WCC4E7PFUZPF;
   f. Western Digital Hard Drive, S/N: WCAZAE753997;
   g. Lenova Laptop Computer;
   h. Gray/White Apple iPhone, IMEI: 354436065305722;
   i. Pink/White Apple iPhone, IC: 579C-E3087A;
   j. VHS Tape;
   k. Azio Mobile USB Drive, Model: E212-S31;
   l. Eagle Consis External Hard Drive, S/N: ACH10381187;
   m. ACER Aspire Desk Top Computer, S/N: PTSF5020011090214E3000;
   n. Gateway Desk Top Computer, Model: DX8460, S/N: PTGCCP2004119027006300;
   o. Gateway Lap Top Computer, NES6R48U.

3. That the United States District Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____ , 2023.

_____
HONORABLE MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE